AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The Hon. Pauline Newman<br>U.S. Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20439<br><br>*Plaintiff(s)*<br><br>v.<br><br>The Hon. Richard G. Taranto<br>U.S. Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20439<br><br>*Defendant(s)* | Civil Action No. 23-CV-1334 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Hon. Richard G. Taranto
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John J. Vecchione
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*