UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01334-CRC |

## NOTICE OF APPEARANCE

Please take notice that undersigned counsel hereby enters his appearance as counsel of record for all Defendants in the above-captioned matter. Undersigned counsel certifies under Local Rule 83.2(d) that he is personally familiar with the Local Rules of this Court.

DATED: May 31, 2023

Respectfully submitted,

/s/ Stephen Ehrlich
STEPHEN EHRLICH
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 2005
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorney for Defendants*