UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN, <br><br> Plaintiff, <br><br> v. <br><br> HON. KIMBERLY A. MOORE, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01334-CRC |

**NOTICE OF APPEARANCE**

Please take notice that undersigned counsel hereby enters his appearance as counsel of record for all Defendants in the above-captioned matter.  Undersigned counsel certifies under Local Rule 83.2(d) that he is personally familiar with the Local Rules of this Court.

DATED:  May 31, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ *M. Andrew Zee*
M. ANDREW ZEE
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Phone: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*