**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HON. PAULINE NEWMAN,<br>Circuit Judge<br>United States Court of Appeals<br>for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20005,<br><br>                                        *Plaintiff*,<br><br>        v.<br><br>THE HON. KIMBERLY A. MOORE,<br>in her official capacities as<br>Chief Judge of the United States Court of Appeals<br>for the Federal Circuit,<br>Chair of the Judicial Council of the Federal Circuit,<br>and<br>Chair of the Special Committee of the Judicial Council of the<br>Federal Circuit,<br>717 Madison Place, NW<br>Washington, DC 20005,<br><br>THE HON. SHARON PROST,<br>in her official capacity as<br>Member of the Special Committee of the Judicial Council of the<br>Federal Circuit,<br>717 Madison Place, NW<br>Washington, DC 20005,<br><br>THE HON. RICHARD G. TARANTO,<br>in his official capacity as<br>Member of the Special Committee of the Judicial Council of the<br>Federal Circuit,<br>717 Madison Place, NW<br>Washington, DC 20005,<br><br>and<br><br>THE JUDICIAL COUNCIL OF THE FEDERAL CIRCUIT,<br>717 Madison Place, NW<br>Washington, DC 20005,<br><br>                                        *Defendants*. | NO. 1:23-CV-01334-CRC<br><br>**MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT** |

**PLAINTIFF'S' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, The Honorable Pauline Newman, United States Circuit Judge for the U.S. Court of Appeals for the Federal Circuit, respectfully requests leave to file the accompanying 55-page Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction.

In support of this motion, plaintiffs state as follows:

1. Plaintiff's motion for preliminary injunction seeks injunctive relief on Counts One through Eleven of the First Amended Complaint, all said counts claiming violations by Defendants The Honorable Kimberly A. Moore, *et al.*, of constitutional, statutory, and administrative grounds.

2. Plaintiff's factual background of 19 pages is incorporated in their Memorandum of Points and Authorities. The detailed factual background is necessary to provide a full explanation of the numerous events that occurred and resulted in the filing and of this action, and the appropriateness of the relief requested.

3. Local Rule 7(e) provides that a "memorandum of points and authorities in support of…a motion shall not exceed 45 pages" without leave of Court.

4. Local Rule 7(h)(1) provides that "[e]ach motion for summary judgment shall be accompanied by a statement of material facts…."

5. Plaintiff's combined statement of facts and memorandum of points and authorities in support of its motion for summary judgment totals 55 pages.

6. Given that Plaintiff is seeking the entry of preliminary injunction—an extraordinary remedy—the page limit in Local Rule 7(e) would be prejudicial to Plaintiff and would

impede her ability to fully present the numerous respects in which Defendants have transgressed constitutional, statutory, and administrative limits and obligations.

7. Pursuant to Local Rule 7(m), Plaintiff's counsel conferred with Defendants' counsel to seek their consent to exceed the page limit. Plaintiff's counsel offered defendant a comparable page length for its opposition brief. Defendants' counsel does not oppose Plaintiff's motion for leave to exceed the page limit.

For the foregoing reasons, Plaintiff Judge Newman respectfully requests that this motion be granted.

Dated:  June 27, 2013                                              Respectfully submitted,

/s/*John J. Vecchione*
JOHN J. VECCHIONE (DC Bar No. 431764)
Senior Litigation Counsel

/s/*Gregory Dolin**
GREGORY DOLIN, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
john.vecchione@ncla.legal

*Admission Application Pending*

*Counsel for Plaintiff*