UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01334-CRC |

### JOINT PROPOSED BRIEFING SCHEDULE

On May 10, 2023, Plaintiff Judge Pauline Newman filed a 12-count complaint alleging that actions by Defendants—other Article III judges of the Federal Circuit—under the Judicial Conduct and Disability Act of 1980 violate the Constitution and exceed their powers under the Act.  *See* Compl., ECF No. 1.  Judge Newman then filed an 11-count amended complaint and preliminary-injunction motion on June 27, 2023, seeking to enjoin Defendants "from continuing their suspension of Judge Newman from her judicial functions, and further enjoin them from proceeding with any disciplinary proceedings against Judge Newman unless and until the matter is transferred to a judicial council of another circuit."  Prelim. Inj. Mot. at 54, ECF No. 13-1; Am. Compl., ECF No. 10.

Under Federal Rules of Civil Procedure 12(a)(2) and 15(a)(3), Defendants' response to the complaint is currently due on July 24, 2023.  The parties have conferred and agreed to a briefing schedule with page limitations that would combine briefing on Plaintiff's preliminary-injunction motion and Defendants' anticipated motion to dismiss.  The parties respectfully request that the Court enter the following agreed-upon briefing schedule with the noted page limits:

1

| Brief | Date | Page Limit |
|---|---|---|
| Plaintiff's preliminary-injunction motion | June 27, 2023 | 55 pages |
| Defendants' combined opposition to Plaintiff's motion and cross motion to dismiss | July 25, 2023 | 65 pages |
| Plaintiff's combined opposition and reply | August 15, 2023 | 45 pages |
| Defendants' reply | August 31, 2023 | 35 pages |

A proposed order is attached.

DATED:  June 28, 2023

/s/ *John J. Vecchione*
JOHN J. VECCHIONE (DC Bar No. 431764)
Senior Litigation Counsel

/s/ *Gregory Dolin**
GREGORY DOLIN, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
john.vecchione@ncla.legal

**Admission Application Pending*

*Attorneys for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
STEPHEN EHRLICH
M. ANDREW ZEE
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:  (202) 305-9803
Email:   stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*