UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN, <br><br> Plaintiff, <br><br> v. <br><br> HON. KIMBERLY A. MOORE, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01334-CRC |

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby

**ORDERED** that Defendants' deadline to respond to Plaintiff's Amended Complaint, ECF No. 10, is extended by one day to July 25, 2023; and

**ORDERED** that the following schedule shall govern further proceedings on Plaintiff's motion for preliminary injunction, ECF No. 12, and Defendants' response to Plaintiff's Amended Complaint:

- July 25, 2023: Defendants file a combined opposition to Plaintiff's motion for preliminary injunction and motion to dismiss, not to exceed 65 pages

- August 15, 2023: Plaintiff files a combined opposition to Defendants' motion to dismiss and reply in support of her motion for preliminary injunction, not to exceed 45 pages

- August 31, 2023: Defendants file a reply in support of their motion to dismiss, not to exceed 35 pages

**IT IS SO ORDERED**.

Dated: June ____, 2023

_____
Christopher R. Cooper
United States District Judge