UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>        Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01334-CRC |

**CONSENT MOTION TO STRIKE AND REPLACE EXHIBITS TO FIRST AMENDED COMPLAINT**

On June 27, 2023, Plaintiff Judge Pauline Newman filed a 11-count First Amended Complaint and attached 24 public and 1 sealed exhibits thereto. *See* ECF No. 10 and 10-1. Through Plaintiff Counsel's oversight one of the exhibits included confidential email addresses of Federal Circuit judges and personnel. Plaintiff and Defendants have conferred and agree that this information should be redacted. Additionally, Plaintiff and Defendants have agreed that the proposed sealed exhibit should be made public in redacted form.

Wherefore, Plaintiff respectfully requests that the Court strike and withdraw from the public docket the exhibits attached to the First Amended Complaint, ECF 10-1, with leave to refile the same exhibits with the redactions as identified above.

A proposed order is attached.

1

DATED:  June 29, 2023	Respectfully submitted,

/s/ John J. Vecchione
JOHN J. VECCHIONE (DC Bar No. 431764)
Senior Litigation Counsel

/s/ Gregory Dolin*
GREGORY DOLIN, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
john.vecchione@ncla.legal

*Admission Application Pending

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>      Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>      Defendants. | Case No. 1:23-cv-01334-CRC |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Motion to Strike and Replace the Exhibits to the First Amended Complaint ("Joint Motion"), it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that the Clerk of the Court is DIRECTED to STRIKE ECF 10-1 from the public docket; and it is further

ORDERED that Clerk of the Court DOCKET the replacement documents provided by Plaintiff as attachment to the Joint Motion as Exhibits to the First Amended Complaint, ECF 10.

Date: _____