AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| The Hon. Pauline Newman, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    23-cv-1334 |
| The Hon. Kimberly A. Moore, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Hon. Pauline Newman (Plaintiff)                                                                                    .

Date:       07/05/2023                                    /s/ Gregory Dolin
                                                                      *Attorney's signature*

                                                           Gregory Dolin (DC Bar No. 497455)
                                                              *Printed name and bar number*

                                                           New Civil Liberties Alliance
                                                           1225 19th Street NW, Suite 450
                                                           Washington, DC 20036

                                                                      *Address*

                                                           Greg.Dolin@NCLA.legal
                                                                 *E-mail address*

                                                           (202) 869-5210
                                                              *Telephone number*

                                                                    *FAX number*