UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>Defendants. | Case No. 23-cv-1334 (CRC) |

## ORDER

In light of the parties' [17] Joint Statement on Suggestion of Mediation, the Court hereby directs the parties to engage in informal mediation before the Honorable Thomas P. Griffith (ret.). The parties shall jointly contact Judge Griffith at tgriffith@HuntonAK.com regarding scheduling and mediation procedures. Judge Newman and at least one representative of the special committee of the Federal Circuit Judicial Council shall personally participate in the mediation. The parties shall file a joint status report on or before August 2, 2023 (or thereafter upon mutual consent) indicating the outcome of the mediation and the need for further proceedings in this Court. The Court hereby stays briefing on Plaintiff's preliminary injunction motion pending receipt of the joint status report.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: July 11, 2023