UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. PAULINE NEWMAN,

        Plaintiff,

v.

HON. KIMBERLY A. MOORE, *et al.*,

        Defendants.

Case No. 1:23-cv-01334-CRC

**JOINT NOTICE OF CONTINUATION OF DEADLINE
TO FILE JOINT STATUS REPORT ON MEDIATION**

On July 11, 2023, the Court entered an order directing the parties to engage in informal mediation before the Hon. Thomas P. Griffith. ECF No. 18. The Court further ordered the parties to "file a joint status report on or before August 2, 2023 (or thereafter upon mutual consent) indicating the outcome of the mediation and the need for further proceedings in this Court." *Id.* Since the Court's mediation referral, the parties have aligned their calendars with that of Judge Griffith and confirmed a date for the initial session, to occur on August 3, 2023. Because that session postdates the Court's August 2, 2023 deadline to file a joint status report, and to allow possible additional mediation sessions, the parties have mutually consented to postpone that deadline until August 17, 2023.

The parties understood that the Court's July 11, 2023 order did not require them to obtain court approval to postpone this deadline. But should this Court's approval be required, the parties respectfully request that they submit a joint status report on August 17, 2023.

1

| | |
|---|---|
| DATED:  July 17, 2023 | Respectfully submitted, |
| /s/ *John J. Vecchione* | BRIAN M. BOYNTON |
| JOHN J. VECCHIONE (DC Bar No. 431764) | Principal Deputy Assistant Attorney General |
| Senior Litigation Counsel | |
| | CHRISTOPHER R. HALL |
| /s/ *Gregory Dolin** | Assistant Director, Federal Programs Branch |
| GREGORY DOLIN, MD | |
| Senior Litigation Counsel | /s/ *M. Andrew Zee* |
| | M. ANDREW ZEE |
| NEW CIVIL LIBERTIES ALLIANCE | STEPHEN EHRLICH |
| 1225 19th Street NW, Suite 450 | Attorneys |
| Washington, DC 20036 | U.S. Department of Justice |
| Telephone: (202) 869-5210 | Civil Division, Federal Programs Branch |
| Facsimile: (202) 869-5238 | 450 Golden Gate Avenue, Room 7-5395 |
| john.vecchione@ncla.legal | San Francisco, CA 94102 |
| | Phone:  (415) 436-6646 |
| **Admission Application Pending* | Email:  m.andrew.zee@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |