UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HON. PAULINE NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-01334-CRC |

**JOINT STATUS REPORT AND REQUEST FOR BRIEFING SCHEDULE**

On July 11, 2023, the Court entered an order directing the parties to engage in informal mediation before the Hon. Thomas P. Griffith. ECF No. 18. The Court further ordered the parties to "file a joint status report" indicating "the outcome of the mediation and the need for further proceedings in this Court," which the parties agreed to submit on August 18, 2023. *Id.*; ECF No. 19. The parties now write to inform the Court that mediation was unsuccessful, and therefore seek to resume briefing on Plaintiff's preliminary-injunction motion.

Since Plaintiff submitted that motion, the Federal Circuit's Special Committee has completed its investigation of Judge Newman. In its July 31, 2023 Report & Recommendation, the Committee found that Judge Newman had committed misconduct by refusing to cooperate with the Special Committee's investigation and recommended that she be suspended from hearing new cases for one year, subject "to consideration of modification or rescission if justified by an end of the refusal or by other changes." Judge Newman has until August 31, 2023 to submit to the Federal Circuit's Judicial Council her response to the Special Committee's Report, and a decision from the Judicial Council is anticipated after that. Because a ruling from the Judicial Council either adopting or declining the Special Committee's

1

recommendation may impact the issues in Plaintiff's preliminary-injunction motion, the parties propose the following briefing schedule:

| Brief | Date | Page Limit |
|---|---|---|
| Plaintiff's preliminary-injunction motion | June 27, 2023 | 55 pages |
| Defendants' combined opposition to Plaintiff's motion and cross motion to dismiss | September 1, 2023 | 65 pages |
| Plaintiff's combined opposition and reply | October 9, 2023 or 21 days after the Judicial Council's order, whichever is later | 45 pages |
| Defendants' reply | 21 days after Plaintiff's combined opposition and reply | 35 pages |

A proposed order is attached.


DATED:  August 18, 2023

/s/ *John J. Vecchione*
JOHN J. VECCHIONE (DC Bar No. 431764)
Senior Litigation Counsel

/s/ *Gregory Dolin**
GREGORY DOLIN, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
john.vecchione@ncla.legal

*Admission Application Pending*

*Attorneys for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
STEPHEN EHRLICH
M. ANDREW ZEE
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*