UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01334-CRC |

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

Upon consideration of the parties' Joint Status Report and proposed briefing schedule, it is hereby **ORDERED** that the following schedule shall govern further proceedings on Plaintiff's motion for preliminary injunction, ECF No. 12, and Defendants' response to Plaintiff's Amended Complaint:

- September 1, 2023: Defendants file a combined opposition to Plaintiff's motion for preliminary injunction and motion to dismiss, not to exceed 65 pages

- October 9, 2023 or 21 days after the Judicial Council's order, whichever is later: Plaintiff files a combined opposition to Defendants' motion to dismiss and reply in support of her motion for preliminary injunction, not to exceed 45 pages

- 21 days after Plaintiff's combined opposition and reply: Defendants file a reply in support of their motion to dismiss, not to exceed 35 pages

**IT IS SO ORDERED**.

Dated: August _____, 2023

                                                                                                           Christopher R. Cooper
                                                                                                           United States District Judge