UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HON. PAULINE NEWMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **HON. KIMBERLY A. MOORE**, *et al.* <br><br> Defendants. | Case No. 23-cv-1334 (CRC) |

### ORDER SETTING BRIEFING SCHEDULE

Upon consideration of the parties' Joint Status Report and proposed briefing schedule, it is hereby **ORDERED** that the following schedule shall govern further proceedings on Plaintiff's motion for preliminary injunction [ECF No. 12] and Defendants' response to Plaintiff's Amended Complaint:

- On or by September 1, 2023: Defendants shall file a combined opposition to Plaintiff's motion for preliminary injunction and motion to dismiss, not to exceed 65 pages

- On or by October 9, 2023 or 21 days after the Judicial Council's order, whichever is later: Plaintiff shall file a combined opposition to Defendants' motion to dismiss and reply in support of her motion for preliminary injunction, not to exceed 45 pages

- On or by 21 days after Plaintiff's combined opposition and reply: Defendants shall file a reply in support of their motion to dismiss, not to exceed 35 pages

**IT IS SO ORDERED.**

Date:  August 21, 2023

CHRISTOPHER R. COOPER <br>
United States District Judge