UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-01334-CRC |

**DEFENDANTS' MOTION TO DISMISS**

Defendants[1] hereby move to dismiss Plaintiff's First Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  A proposed order is attached.

---

[1] The Honorable Kimberly A. Moore, sued solely in her official capacities as Chief Judge of the U.S. Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit, and Chair of the Special Committee of the Federal Circuit; the Honorable Sharon Prost, sued solely in her official capacity as a Member of the Special Committee of the Federal Circuit; the Honorable Richard G. Taranto, sued solely in his official capacity as a Member of the Special Committee of the Federal Circuit; and the Judicial Council of the Federal Circuit.

| | |
|---|---|
| DATED: September 1, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>CHRISTOPHER R. HALL<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Stephen Ehrlich*<br>STEPHEN EHRLICH<br>M. ANDREW ZEE<br>Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>Peter W. Rodino, Jr. Federal Building<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102<br>Phone:  (202) 305-9803<br>Email:  stephen.ehrlich@usdoj.gov<br><br>*Attorneys for Defendants* |