## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HON. PAULINE NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-01334-CRC |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, Plaintiff's Motion for a Preliminary Injunction, and all materials in the record, and good cause appearing, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is granted;

**ORDERED** that Plaintiff's First Amended Complaint is dismissed with prejudice; and

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is denied as moot.


**IT IS SO ORDERED**.


Dated: _____, 2023          _____
                                        Christopher R. Cooper
                                        United States District Judge