# Exhibit 3


*Public Book*

## JUDICIAL COUNCIL OF THE SIXTH CIRCUIT
MICHIGAN-OHIO-KENTUCKY-TENNESSEE

In re:                                                     *
  Complaint of Judicial Misconduct          *
                                                              * No. 99-6-372-48
                                                              *
                                                              * 00-6-372-66
                                                              *

## ORDER

WHEREAS, the Special Investigating Committee of the Sixth Circuit Judicial Council conducted an investigation and received evidence pursuant to 28 U.S.C. § 372(c)(5) and Rule 9 of the Rules Governing Complaints of Judicial Misconduct or Disability of the Sixth Circuit regarding complaints of judicial misconduct against the Honorable Jon Phipps McCalla, United States District Judge for the Western District of Tennessee; and

WHEREAS, pursuant to 28 U.S.C. § 372(c)(5), and Rule 10(e) of the Rules Governing Complaints of Judicial Misconduct or Disability of the Sixth Circuit the Special Investigating Committee issued its Findings and Report to the Judicial Council on October 1, 2001; and

WHEREAS, pursuant to 28 U.S.C. § 372(c)(6) and Rule 15 of the Rules Governing Complaints of Judicial Misconduct or Disability of the Sixth Circuit, the Judicial Council considered the Special Investigating Committee's report, Judge McCalla's response thereto and the statements made by Judge McCalla's counsel at a meeting of the Judicial Council held on November 1, 2001.

UPON CONSIDERATION, the Judicial Council adopts by a clear majority vote the Findings and Report of the Special Investigating Committee. Upon the basis of the Special Investigating Committee's findings and recommendations, the Judicial Council takes the following actions:

(1) The Council finds and Judge McCalla has so admitted and stipulated that Judge McCalla has engaged in a pattern of intemperate and abusive treatment of lawyers appearing before him that has had a negative impact on the effective administration of justice and the business of the courts in the Western District of Tennessee and is inconsistent with Canon 2(A) and Canon 3(A)(3) of the Code of Conduct for United States Judges;

(2) The Council places Judge McCalla on administrative leave with pay for a period of no less than six months beginning on August 30, 2001, during which time Judge McCalla shall be required to continue to receive behavioral counseling;

(3) The Council vests the Special Investigating Committee with continuing jurisdiction to monitor Judge McCalla's progress and the authority to approve on behalf of the Council Judge McCalla's return to the bench upon the advice of the Special Investigating Committee's expert after consultation with Judge McCalla's treating psychiatrist;

(4) Judge McCalla has agreed to and will waive his doctor-patient confidentiality requirements to permit his treating doctor to consult with the Committee's expert;

(5) Judge McCalla is ordered by the Council not to participate for a period of three years after he has been authorized to return to the bench, in cases now pending before him or filed after the effective date of the Council's order in which any of the attorneys listed below are involved:

| | | |
|---|---|---|
| William Bright | Tracy L. Berry | Patrick Arnoult |
| Susan M. Clark | Paul O'Brien | Steven Farese |
| Jennifer Webber | Sheldon W. Snipes | Charles Hawkins |
| Sandra C. Isom | Veronica Coleman | Jef Feibelman |
| Albert L. Partee, III | Paul Summers | Sapna Raj |
| Stephen Shankman | David Himmelreich | Margaret Barr-Meyers |
| Pam Hamrin | Webb Brewer | C. Thomas Cates |
| Diane Dycus | | |

The Law Firm of Burch, Porter & Johnson
The Office of Federal Public Defender, Western District of Tennessee
The Office of Attorney General of the State of Tennessee and any attorney representing the State of Tennessee by designation of the Attorney General; and

(6) Judge McCalla is ordered by the Council permanently not to participate in cases now pending before him or filed after the effective date of the Council's order by Linda Harris.

November 2nd, 2001

FOR THE JUDICIAL COUNCIL:

Boyce F. Martin, Jr.
Chief Judge