UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. PAULINE NEWMAN,

    Plaintiff,

v.

HON. KIMBERLY A. MOORE, *et al.*,

    Defendants.

Case No. 1:23-cv-01334-CRC

### DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF PAGES FOR DEFENDANTS' REPLY BRIEF

On August 21, 2023, this Court set a briefing schedule for Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss. ECF No. 22. In that schedule, the Court set a limit of 65 pages for Defendants' combined memorandum in opposition to Plaintiff's motion and in support of Defendants' motion, and a limit of 35 pages for Defendants' reply in support of their motion. *Id.* Defendants were therefore granted 100 total pages of briefing.

Defendants have filed their combined opening brief of 54 pages, 11 pages under their 65-page limit. ECF No. 24-1. Given the importance of the legal issues, Defendants believe that additional pages beyond the 35 pages previously granted for their reply brief will permit them to thoroughly address the issues and thereby assist the Court in resolving the parties' motions. Defendants therefore respectfully request 10 additional pages (a total of 45 pages) for their reply brief. The total number of pages allowed for Defendants' briefs would be under 100 pages.

Prior to filing, undersigned counsel conferred with Plaintiff's counsel under Civil Local Rule 7(m), who consented to the request.

1

2

A proposed order is attached.

DATED: September 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ *M. Andrew Zee*
M. ANDREW ZEE
STEPHEN EHRLICH
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Phone: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*