# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01334-CRC |

### [PROPOSED] REVISED ORDER SETTING BRIEFING SCHEDULE

Upon consideration of Defendants' Consent Motion for Enlargement of Pages for Defendants' Reply Brief, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. The following revised schedule shall govern further proceedings on Plaintiff's motion for preliminary injunction, ECF No. 12, and Defendants' motion to dismiss, ECF No. 24:

- October 9, 2023 or 21 days after the Judicial Council's order, whichever is later: Plaintiff files a combined opposition to Defendants' motion to dismiss and reply in support of her motion for preliminary injunction, not to exceed 45 pages

- 21 days after Plaintiff's combined opposition and reply: Defendants file a reply in support of their motion to dismiss, not to exceed 45 pages

**IT IS SO ORDERED**.

Dated: September _____, 2023

_____
Christopher R. Cooper
United States District Judge