UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. PAULINE NEWMAN,

    Plaintiff,

v.

HON. KIMBERLY A. MOORE, *et al.*,

    Defendants.

Case No. 1:23-cv-01334-CRC

[~~PROPOSED~~] REVISED ORDER SETTING BRIEFING SCHEDULE

Upon consideration of Defendants' Consent Motion for Enlargement of Pages for Defendants' Reply Brief, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. The following revised schedule shall govern further proceedings on Plaintiff's motion for preliminary injunction, ECF No. 12, and Defendants' motion to dismiss, ECF No. 24:

- October 9, 2023 or 21 days after the Judicial Council's order, whichever is later: Plaintiff files a combined opposition to Defendants' motion to dismiss and reply in support of her motion for preliminary injunction, not to exceed 45 pages

- 21 days after Plaintiff's combined opposition and reply: Defendants file a reply in support of their motion to dismiss, not to exceed 45 pages *

**IT IS SO ORDERED.**

Dated: September 6, 2023

Christopher R. Cooper
United States District Judge

\* Page limits notwithstanding, the Court encourages the parties to be efficient in the briefing.