UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-01334-CRC |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

Plaintiff in this case has filed a preliminary-injunction motion, and Defendants have filed a combined opposition and cross-motion to dismiss. *See* ECF Nos. 12, 24–25. Under the Court's ordered schedule, Plaintiff's combined opposition and reply is due 21 days after the September 20, 2023 Order of the Federal Circuit Judicial Council. *See* ECF No. 22. Accordingly, Plaintiff's brief is currently due October 11, 2023. Due to the press of other matters for undersigned Plaintiff's counsel, the parties now jointly move to amend the briefing schedule as follows:

| Brief | Date |
|---|---|
| Plaintiff's combined opposition and reply | October 25, 2023 |
| Defendants' reply | November 17, 2023 |

A proposed order is attached.

1

| | |
|---|---|
| DATED:  October 2, 2023 | Respectfully submitted, |
| /s/ *John J. Vecchione*<br>JOHN J. VECCHIONE (DC Bar No. 431764)<br>Senior Litigation Counsel | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | CHRISTOPHER R. HALL<br>Assistant Director, Federal Programs Branch |
| /s/ *Gregory Dolin**<br>GREGORY DOLIN, MD<br>Senior Litigation Counsel | /s/ *Stephen Ehrlich*<br>STEPHEN EHRLICH<br>M. ANDREW ZEE |
| NEW CIVIL LIBERTIES ALLIANCE<br>1225 19th Street NW, Suite 450<br>Washington, DC 20036<br>Telephone: (202) 869-5210<br>Facsimile: (202) 869-5238<br>john.vecchione@ncla.legal | Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>Peter W. Rodino, Jr. Federal Building<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102<br>Phone: (202) 305-9803<br>Email: stephen.ehrlich@usdoj.gov |
| **Admission Application Pending*<br><br>*Attorneys for Plaintiff* | *Attorneys for Defendants* |