UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>       Plaintiff,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>       Defendants. | Case No. 1:23-cv-01334-CRC |

**[PROPOSED] ORDER AMENDING BRIEFING SCHEDULE**

Upon consideration of the parties' joint motion to amend the briefing schedule, it is hereby **ORDERED** that the following schedule shall govern further proceedings on Plaintiff's motion for preliminary injunction, ECF No. 12, and Defendants' motion to dismiss:

- October 25, 2023: Plaintiff files a combined opposition to Defendants' motion to dismiss and reply in support of her motion for preliminary injunction
- November 17, 2023: Defendants file a reply in support of their motion to dismiss

    **IT IS SO ORDERED**.

Dated: October \_\_\_\_, 2023

                                                                                                                               _____
                                                                                                                              Christopher R. Cooper
                                                                                                                              United States District Judge