UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. PAULINE NEWMAN,

        Plaintiff,

v.

HON. KIMBERLY A. MOORE, *et al.*,

        Defendants.

Case No. 1:23-cv-01334-CRC

**MOTION FOR DISPUTE RESOLUTION PROCESS**

Defendants respectfully request this Court's assistance in resolving a dispute between the parties relating to the Mediation Confidentiality Agreement they signed prior to the August 3, 2023 mediation session before the Hon. Thomas B. Griffith, which includes nondisclosure provisions similar to those in the local mediation rules. *See* LCvR 84.9. Defendants neither attach the Mediation Confidentiality Agreement nor detail the nature of the parties' dispute here.[1] *Cf.* LCvR 84.10 (noting that litigants in the United States District Court Mediation Program should not "bring compliance issues directly to the . . . judge who is assigned to the lawsuit"). Instead, Defendants simply ask that the Court establish a process for the parties to resolve their dispute.

The Court has various options for doing so. Although the local mediation rules do not apply because the Court referred this matter to private mediation outside this District's formal mediation program, *see* ECF No. 18; LCvR 84.9(b), it may nonetheless refer the parties to the mediation Compliance Judge. *Cf.* LCvR 84.9(a)(2); *id.* 84.10. The Court may also refer the dispute to another judge of this court or appoint a Special Master—for example, the Hon.

---

[1] If the Court so directs, Defendants can submit a copy of the Mediation Confidentiality Agreement.

Thomas B. Griffith—for resolution.  *See* Fed. R. Civ. P. 53.  Defendants are prepared to proceed expeditiously through any of these processes or any other procedures this Court deems appropriate.  A proposed order is attached.

    Undersigned counsel have conferred with Plaintiff's counsel several times about this dispute and Plaintiff's counsel ultimately stated that they do not believe any further action is necessary.

DATED:  October 16, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
STEPHEN EHRLICH
M. ANDREW ZEE
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*