UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01334-CRC |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Dispute Resolution Process, and good cause appearing, it is hereby

**ORDERED** that Defendants' Motion is granted; and

**ORDERED** that the parties are referred to the following process to resolve their mediation confidentiality dispute:

**IT IS SO ORDERED**.

Dated: _____, 2023　　　　_____
　　　　　　　　　　　　　　　　　　Christopher R. Cooper
　　　　　　　　　　　　　　　　　　United States District Judge