IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HON. PAULINE NEWMAN,<br><br>                              *Plaintiff*,<br>v.<br><br>THE HON. KIMBERLY A. MOORE, *ET AL*.<br><br>                             *Defendants.* | NO. 1:23-CV-01334-CRC |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE
SUR-REPLY TO DEFENDANTS' REPLY MEMORANDUM
IN SUPPORT OF THEIR MOTION TO DISMISS**

Plaintiff the Honorable Pauline Newman moves for leave to file a sur-reply of no more than four pages in response to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, and agrees that Defendants be permitted to file a reply, of equal length, to Judge Newman's sur-reply.

Judge Newman seeks to file a sur-reply only to address the Order that Defendant Judicial Council of the Federal Circuit issued on November 9, 2023, *after* Judge Newman had filed her Response to Defendants' Motion to Dismiss (ECF 30, filed Oct. 25, 2023). The November 9, 2023 order stated that it vacated an earlier order dated June 5, 2023. Defendants then relied on the November 9, 2023 Order in their Reply Memorandum In Support Of Their Motion To Dismiss, which they filed on November 17, 2023 (ECF 32). Judge Newman should be granted leave to file a sur-reply because otherwise she "would be unable to contest [a] matter[] presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld,* 154 F.Supp.2d 56, 61 (D.D.C.2001) (stating the standard for filing a sur-reply).[1] Plaintiff conferred with counsel for Defendants, who

---

[1] Plaintiff notes that in their Reply Defendants changed their argument regarding the effect of Judicial Council's September 20, 2023 Order on its June 5, 2023 Order. Compare ECF 25 at 37 (arguing that Judicial Council's adoption of Special Committee's Report and Recommendation "may supersede the

indicated that Defendants consent to this motion on the agreed condition that they be permitted to file a brief in response, no later than one week after Plaintiff's filing.

A proposed order accompanies this motion.

>
> Respectfully submitted,
>
> /s/ *Gregory Dolin*
> Gregory Dolin, MD
> Senior Litigation Counsel
>
> /s/ *John J. Vecchione*
> John J. Vecchione
> Senior Litigation Counsel
>
> NEW CIVIL LIBERTIES ALLIANCE
> 1225 19th Street NW, Suite 450
> Washington, DC 20036
> Telephone: (202) 869-5210
> Facsimile: (202) 869-5238
> greg.dolin@ncla.legal
>
> *Counsel for Plaintiff*

---

June 5 Order"), with ECF 30 at 4, n.3 (stating that "[t]he parties agree that the June 5 Order—issued under the Judicial Council's § 332 authority—was not mooted by the Judicial Council's September 20 Order…."). Instead, Defendants now base their mootness argument on the November 9, 2023 Order. It is this new argument that Plaintiff wishes to address in her sur-reply. Defendants will limit their reply to the arguments presented in Plaintiff's sur-reply.