# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HON. PAULINE NEWMAN, *Plaintiff*, v. THE HON. KIMBERLY A. MOORE, *ET AL.* *Defendants.* | NO. 1:23-CV-01334-CRC |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Consent Motion for Leave to File Sur-reply to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, it is hereby:

**ORDERED** that Plaintiff's motion is GRANTED; and it is further

**ORDERED** that Plaintiff is granted leave to file a sur-reply not to exceed four pages, to be filed no later than one week from the date of this Order; and it is further

**ORDERED** that, no later than one week after Plaintiff files her sur-reply, Defendants may file a reply no longer than Plaintiff's sur-reply.

**SO ORDERED**

Date: _____                              _____