UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HON. PAULINE NEWMAN,

                            *Plaintiff*,

v.                                                   NO. 1:23-CV-01334-CRC

THE HON. KIMBERLY A. MOORE, *ET AL.*

                            *Defendants.*

## ORDER

Upon consideration of the Plaintiff's Consent Motion for Leave to File Sur-reply to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, it is hereby:

**ORDERED** that Plaintiff's motion is GRANTED; and it is further

**ORDERED** that Plaintiff is granted leave to file a sur-reply not to exceed four pages, to be filed no later than December 6, 2023; and it is further

**ORDERED** that, no later than one week after Plaintiff files her sur-reply, Defendants may file a reply no longer than Plaintiff's sur-reply.

**SO ORDERED**

Date: November 29, 2023

                                                               CHRISTOPHER R. COOPER
                                                               United States District Judge