UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. PAULINE NEWMAN,

    Plaintiff,

v.

HON. KIMBERLY A. MOORE, *et al.*,

    Defendants.

Case No. 1:23-cv-01334-CRC

**NOTICE**

Out of an abundance of caution, Defendants write to address their response to one question at the January 25, 2024 motions hearing. Specifically, the following exchange appears in the transcript:

> THE COURT: Just to be clear, if a year from now, or however many months from now is left, she still has not complied, the Council would have to upset the current status quo somehow in order for the suspension to lapse.
>
> MR. EHRLICH: The Judicial Council would have to take some action.
>
> THE COURT: Yes.

*See* Jan. 25 Tr. 64:18–24.

Although there is some ambiguity in this exchange as transcribed, Defendants did not intend to suggest that the Judicial Council would need to "take some action" for Judge Newman's suspension to *lapse*. Rather, in context, Defendants intended to confirm that the Judicial Council would need to "take some action" for the suspension to *continue* beyond the one-year period stated on the face of the September 20 Order. This is consistent with the discussion elsewhere in the hearing, including immediately preceding the cited exchange. *See, e.g.*, *id.* 63:20–24 (Defendants explaining that "it's not a forever suspension. It's a one-year

1

renewable suspension depending on what happens with Judge Newman. And the Judicial Council can reconsider every year whether to take further action or not."); *id.* at 64:6–8 (Defendants explaining that the suspension is "for one year"); *see also* Ex. B, September 20 Order at 72–73, ECF No. 30-1. Nonetheless, Defendants submit this notice out of an abundance of caution to avoid any potential misimpression from the above-cited exchange.

DATED: January 30, 2024            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Stephen Ehrlich*
STEPHEN EHRLICH
M. ANDREW ZEE
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone:  (202) 305-9803
Email:  stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*