UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01334-CRC |

## NOTICE

Defendants write to notify the Court that the Judicial Conference's JC&D Committee has today affirmed the Federal Circuit Judicial Council's September 20, 2023 order suspending Judge Newman. The JC&D Committee's order is attached and publicly available [here](#).

DATED: February 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ Stephen Ehrlich
STEPHEN EHRLICH
M. ANDREW ZEE
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*