# Attachment A

**From:** Adel Pappas <████@cafc.uscourts.gov>
**Date:** February 6, 2024 at 10:14:38 AM EST
**To:** Judge Pauline Newman <████@cafc.uscourts.gov>
**Subject: RE: Tenure of Law Clerk Josh Horowitz**

Judge Newman,

In light of the fact that you are not engaged in any court work, continue to have a full time permanent law clerk, and have failed to provide any justification or explanation (as requested) for why your term law clerk's term period should be extended, the judicial council has unanimously voted to deny the extension. Your term clerk is permitted to complete the term for which he was hired and his separation will be process, as HR previously indicated, effective March 29, 2024.

Thank you,
Adel

---

**From:** Judge Pauline Newman <████@cafc.uscourts.gov>
**Sent:** Friday, February 2, 2024 11:57 AM
**To:** Adel Pappas <████@cafc.uscourts.gov>
**Subject:** Re: Tenure of Law Clerk Josh Horowitz

Adel,
I continue to need the law clerk services that Josh has been providing. I am an active judge, and my clerk needs are my decision, not yours. It is important to stabilize Josh's date, so that continuity can be maintained. Please proceed promptly to adjust Josh's date to at least the end of June 2024.


Judge Newman

Sent from my iPhone

> On Feb 2, 2024, at 11:19 AM, Adel Pappas <██████@cafc.uscourts.gov> wrote:
>
> Judge Newman,
>
> I am following-up on your January 31 email to Tanja Brewer seeking to extend Josh Horowitz's clerkship to at least June 2024.  As I previously explained to Josh by email, any request to extend his term clerkship needs to be accompanied by an explanation and justification for the need for his continued services.
>
> Because you have not heard new cases for nearly a year, you have been suspended from hearing cases, and you have had no pending cases since November 8, 2023, a justification is needed to determine whether his services as a law clerk are still necessary pursuant to 28 U.S.C. § 712 which only permits the appointment of "necessary law clerks and secretaries."  Any justification needs to explain and take into account what specific duties of his are still needed and why those duties cannot be performed by your career law clerk in light of your suspension and lack of remaining cases.
>
> In order to extend the term of Josh's clerkship beyond March 2024, which is the original term for which he was hired, please send an explanation and justification of the need to extend his term appointment.  You may send the justification directly to me.
>
> Thank you,
> Adel
>
> Adel Pappas
> Assistant Circuit Executive for Human Resources
> U.S. Court of Appeals for the Federal Circuit
> (202) ███-████
>
> -----Original Message-----
> From: Judge Pauline Newman
> Sent: Wednesday, January 31, 2024 5:23 PM
> To: Tanja Brewer <██████@cafc.uscourts.gov>
> Cc: Joshua Horowitz <██████@cafc.uscourts.gov>
> Subject: Tenure of Law Clerk Josh Horowitz
>
> Dear Tanja,
> Josh and I have agreed that his current clerkship will not end before the end of June 2024. Please assure that the records of his employ on my chambers staff are correct.
> Thank you.
> Judge Newman
>