UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN, <br><br> Plaintiff, <br><br> v. <br><br> HON. KIMBERLY A. MOORE, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01334-CRC |

# RESPONSE

Two days ago, the Judicial Conference's JC&D Committee affirmed the Federal Circuit Judicial Council's September 20, 2023 order suspending Judge Newman. On the same day, Defendants submitted a neutral, two-sentence notification to the Court of the JC&D Committee's order. ECF No. 40. In response, Plaintiff filed an unauthorized and argumentative "reply" that introduces legal argument and purported factual information for the first time. ECF No. 41. Defendants dispute both the accuracy and relevance of those legal and factual points, and request that Plaintiff's improper submission not be considered for any purpose. If the Court intends to consider it, Defendants respectfully request an opportunity to respond.

DATED:  February 9, 2024    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/  Stephen Ehrlich
STEPHEN EHRLICH
M. ANDREW ZEE
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone:  (202) 305-9803
Email:   stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*