UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. PAULINE NEWMAN,

Plaintiff,

v.

HON. KIMBERLY A. MOORE, *et al.*,

Defendants.

Case No. 1:23-cv-01334-CRC

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Under Federal Rule of Civil Procedure 12(c), Defendants[1] hereby move for judgment on the pleadings on all remaining claims of Plaintiff's First Amended Complaint: Count V (Am. Compl. ¶¶ 100–105, ECF No. 10), Count VII (*id.* ¶¶ 111–14), Count VIII (*id.* ¶¶ 115–20), and Count IX (*id.* ¶¶ 121–26). A proposed order is attached.

---

[1] The Honorable Kimberly A. Moore, sued solely in her official capacities as Chief Judge of the U.S. Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit, and Chair of the Special Committee of the Federal Circuit; the Honorable Sharon Prost, sued solely in her official capacity as a Member of the Special Committee of the Federal Circuit; the Honorable Richard G. Taranto, sued solely in his official capacity as a Member of the Special Committee of the Federal Circuit; and the Judicial Council of the Federal Circuit.

DATED:  March 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/  Stephen Ehrlich*
STEPHEN EHRLICH
M. ANDREW ZEE
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone:  (202) 305-9803
Email:  stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*