UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN, <br><br> Plaintiff, <br><br> v. <br><br> HON. KIMBERLY A. MOORE, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01334-CRC |

# [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Judgment on the Pleadings and good cause appearing, it is hereby

**ORDERED** that Defendants' Motion for Judgment on the Pleadings is granted;

**ORDERED** that judgment is entered for Defendants on Counts V, VII, VIII, and IX of Plaintiff's First Amended Complaint (ECF No. 10); and

**ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Christopher R. Cooper
United States District Judge