UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. PAULINE NEWMAN,

        Plaintiff,

v.

HON. KIMBERLY A. MOORE, *et al.*,

        Defendants.

Case No. 1:23-cv-01334-CRC

**JOINT PROPOSED BRIEFING SCHEDULE**

After the Court ruled on Defendants' motion to dismiss, ECF No. 43, Defendants filed an answer and a motion for judgment on the pleadings on March 8, 2024, ECF Nos. 44 & 45. Under the Local Rules, Plaintiff's opposition to that motion would be due on March 22, 2024, and Defendants' reply would be due one week later, on March 29, 2024. *See* LCvR 7(b), (d). The parties have now conferred and agreed to a modified briefing schedule on Defendants' motion for judgment on the pleadings. The parties respectfully request that the Court enter the following agreed-upon briefing schedule:

| Brief | Date |
|---|---|
| Defendants' motion for judgment on the pleadings | Filed March 8, 2024 |
| Plaintiff's opposition | April 5, 2024 |
| Defendants' reply | April 19, 2024 |

A proposed order is attached.

1

| | |
|---|---|
| DATED:  March 14, 2024 | Respectfully submitted, |
| */s/ John J. Vecchione* | BRIAN M. BOYNTON |
| JOHN J. VECCHIONE (DC Bar No. 431764) | Principal Deputy Assistant Attorney General |
| Senior Litigation Counsel | |
| | CHRISTOPHER R. HALL |
| */s/ Gregory Dolin* | Assistant Director, Federal Programs Branch |
| GREGORY DOLIN, MD | |
| Senior Litigation Counsel | */s/ Stephen Ehrlich* |
| | STEPHEN EHRLICH |
| NEW CIVIL LIBERTIES ALLIANCE | M. ANDREW ZEE |
| 1225 19th Street NW, Suite 450 | Attorneys |
| Washington, DC 20036 | U.S. Department of Justice |
| Telephone: (202) 869-5210 | Civil Division, Federal Programs Branch |
| Facsimile: (202) 869-5238 | Peter W. Rodino, Jr. Federal Building |
| john.vecchione@ncla.legal | 970 Broad Street, 7th Floor |
| | Newark, NJ 07102 |
| | Phone:  (202) 305-9803 |
| | Email:   stephen.ehrlich@usdoj.gov |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |