UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>HON. KIMBERLY A. MOORE, *et al.*,<br><br>   Defendants. | Case No. 1:23-cv-01334-CRC |

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby **ORDERED** that Plaintiff's response to Defendants' motion for judgment on the pleadings, ECF No. 45, is due by April 5, 2024, and it is further **ORDERED** that Defendants' reply is due by April 19, 2024.

  **IT IS SO ORDERED**.

Dated: March \_\_\_\_, 2024

                     _____
                      Christopher R. Cooper
                      United States District Judge