# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Hon. Pauline Newman
_____
Plaintiff

vs.    Civil Action No. 23-cv-01334 (CRC)

Hon. Kimberly Moore, et al.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 9th day of July, 20 24, that the Hon. Pauline Newman, Plaintiff hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 9th day of July, 20 24 in favor of the Hon. Kimberly Moore, et al., Defendants against said Hon. Pauline Newman, Plaintiff

Gregory Dolin
_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated: